# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
February 19, 2013

No. 12-30652
Conference Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DESHAWN LOMAS, also known as D.,

Defendant-Appellant

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:06-CR-158-1

Before KING, CLEMENT, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Deshawn Lomas has
moved for leave to withdraw and has filed a brief in accordance with *Anders v.
California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th
Cir. 2011). Lomas has filed a response. We have reviewed counsel's brief and
the relevant portions of the record reflected therein, as well as Lomas's response.
We concur with counsel's assessment that the appeal presents no nonfrivolous
issue for appellate review. Accordingly, counsel's motion for leave to withdraw

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 12-30652

is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.